# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NANNIE DAVIS,** ) | |
| ) | **Case No. 2:24-cv-01162-NAD** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **BUC-EE'S, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR EXTENSION OF TIME

**COMES NOW**, the undersigned attorney of record for the Plaintiff, NANNIE MAE DAVIS (deceased), and hereby moves this Honorable Court for an extension of time pursuant to Fed. R. Civ. P. Rule 6(b) to complete the opening of the estate for the decedent. In support of this motion, the undersigned would show unto the Court the following:

1. The Plaintiff passed away on or about February 27, 2025.

2. A suggestion of death was filed with the Court on or about February 28, 2025.

3. After obtaining a copy of the death certificate and confirming that the Plaintiff died intestate, a Petition to Open Estate for Purposes of Litigation was filed in the Probate Court of Jefferson County, Alabama, Birmingham Division, case number 25BHM000808.

4. Although the undersigned has been in ongoing contact with the Probate Court, to date no hearing date has been set on the petition to open the estate.

5. All parties are aware of the death of the Plaintiff, as well as the status of opening said estate.

WHEREFORE, premises considered. Plaintiff prays this Honorable Court will grant a ninety (90) day extension for the opening of the estate pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

                                                    Respectfully submitted,

                                                    */s/ R. Andrew McKinney*
                                                    R. Andrew McKinney(MCK056)
                                                    Attorney for Plaintiff, Nannie Davis

**OF COUNSEL:**
PEPPER & ODOM, P.C.
1929 3rd Ave N, Ste 600
Birmingham, Alabama 35203
T: 205-250-1107
TC: 205-994-6746
E: drew@pepperodom.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing was served on the following counsel of record via electronic filing on the 23rd day of May 2025.

James Rebarchak, Esq.
JONES WALKER LLP
11 N Water Street, Suite 1200
Mobile, AL 36602
T: (251) – 432-1414
F: (251) – 433-4106
E: jrebarchak@joneswalker.com

                                                          */s/ R. Andrew McKinney*
                                                          **OF COUNSEL**